■ JAMES I. WYNN, JR., Appellant, v AC ROCHESTER et al., Respondents. (Appeal No. 1.) [771 NYS2d 409]—Appeal from an order of the Supreme Court, Monroe County (Andrew V. Siracuse, J.), entered April 8, 2002. The order granted defendants' motion for summary judgment dismissing the complaint in an action for fraud.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court (*see also Wynn v AC Rochester*, 273 F3d 153, 156-157 [2001]). We add only that, by granting defendants' motion for summary judgment dismissing the complaint, the court in effect denied plaintiff's motion for additional discovery. Contrary to the contention of plaintiff, the court properly refused to allow him to conduct additional discovery because he failed to make the requisite showing "that facts essential to justify opposition [to defendants' motion] may exist but cannot then be stated" (CPLR 3212 [f]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Hayes, JJ.

■ JAMES I. WYNN, JR., Appellant, v AC ROCHESTER et al., Respondents. (Appeal No. 2.) [771 NYS2d 413]—Appeal from an order of the Supreme Court, Monroe County (Andrew V. Siracuse, J.), entered June 14, 2002. The order denied plaintiff's motion for reconsideration.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hutchings v Hutchings*, 155 AD2d 973 [1989]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Hayes, JJ.

■ THE TRAVELERS INSURANCE COMPANY et al., Respondents, v RAULLI & SONS, INC., Defendant and Third-Party Plaintiff. HAYLOR, FREYER & COON, INC., Third-Party Defendant-Appellant, et al., Third-Party Defendant. [771 NYS2d 412]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered March 10, 2003. The order, insofar as appealed from, granted plaintiffs' motion for leave to amend the complaint to add third-party defendant Haylor, Freyer & Coon, Inc. as a defendant.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Wisner, Scudder, Kehoe and Hayes, JJ.